CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Joseph D. Pizzurro
L. P. Harrison 3rd
Michael J. Moscato
Nancy E. Delaney
*Counsel for Plaintiff, Debtor Lehman Brothers
Holdings Inc.*

QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
John B. Quinn
Erica Taggart
*Counsel for Proposed Plaintiff/Intervenor, the
Official Committee of Unsecured Creditors of
Lehman Brothers Holdings Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | |
| | : | |
| Debtors. | : | |
| ---------------------------------------------------- X | | |
| LEHMAN BROTHERS HOLDINGS INC., and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., | : | |
| Plaintiff and Proposed Plaintiff Intervenor, | : | |
| -against- | : | |
| | : | Adversary Proceeding |
| JPMORGAN CHASE BANK, N.A., | : | No.: 10-03266 (JMP) |
| Defendant. | : | |
| ---------------------------------------------------- X | | |

7787501v1

STATE OF NEW YORK     )
                     )ss.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

DAREN HUNTER, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age, am not a party to this action and am a resident of the State of New Jersey.

2. On May 28, 2010, at approximately 2:27 p.m., I served copies of the: (1) Summons and Notice of Pretrial Conference In An Adversary Proceeding; and (2) Adversary Proceeding Complaint in this matter upon JP Morgan Chase Bank, N.A., by handing them to Linda A. Platone, Legal Specialist III, Legal Department, at JP Morgan Chase & Co., who indicated she was authorized to accept service of same on behalf of JP Morgan Chase Bank N.A.

3. I would describe Ms. Platone at the time of service as follows. Sex: Female; Race: White; Approximate Age: 60-65 yrs.; Approximate Height: 5'6"; Approximate Weight: 190 lbs.; Hair Color: Blonde, Eye Color: Blue.

4. Ms. Platone's business card is attached.

_____
DAREN HUNTER

Sworn to before me this
1st day of June, 2010.

_____
NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 01DI4841199
Qualified in New York County
Commission Expires Oct. 31, 20_13_

JPMORGAN CHASE & CO.

**Linda A. Platone**
Legal Specialist III
Legal Department

NY1 A336
One Chase Manhattan, Fl. 20
New York, NY 10005-1401

Telephone: 212 552 6961
Facsimile: 212 552 5043

Legal Paper Served
JPMorgan Chase Bank, N.A.

-2-

7787501v1