**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding No. 10-03266 (JMP) |
| Plaintiff and Plaintiff Intervenor, | |
| -against- | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that **JPMORGAN CHASE BANK, N.A.** ("JPMorgan"), a creditor of the above-named debtors and defendant in the captioned proceeding, hereby appears in the captioned proceeding by its undersigned counsel and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or

required to be given in connection with the captioned proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

> Paul Vizcarrondo, Jr., Esq.
> Harold S. Novikoff, Esq.
> Marc Wolinsky, Esq.
> Amy R. Wolf, Esq.
> Douglas K. Mayer, Esq.
> David C. Bryan, Esq.
> Ian Boczko, Esq.
> Emil A. Kleinhaus, Esq.
> Wachtell, Lipton, Rosen & Katz
> 51 West 52nd Street
> New York, NY  10019
> Telephone:  (212) 403-1000
> Facsimile:  (212) 403-2000
> Emails:  PVizcarrondo@wlrk.com
> HSNovikoff@wlrk.com
> MWolinsky@wlrk.com
> ARWolf@wlrk.com
> DKMayer@wlrk.com
> DCBryan@wlrk.com
> IBoczko@wlrk.com
> EAKleinhaus@wlrk.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and request for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over JPMorgan. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of JPMorgan's substantive or procedural rights, including without limitation: (i) JPMorgan's right to have final orders in non-core matters

entered only after *de novo* review by a District Court; (ii) JPMorgan's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) JPMorgan's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments to which JPMorgan is or may be entitled under any agreement, in law or in equity, which rights, claims, actions, defenses, set-offs and recoupments JPMorgan expressly reserves.

Dated: New York, New York
       August 25, 2010

WACHTELL, LIPTON, ROSEN & KATZ

  */s/ Paul Vizcarrondo*
Paul Vizcarrondo, Jr.
Harold S. Novikoff
Marc Wolinsky
Amy R. Wolf
Douglas K. Mayer
David C. Bryan
Ian Boczko
Emil A. Kleinhaus

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for JPMorgan Chase Bank, N.A.*