**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone (212) 403-1000
Facsimile (212) 403-2000

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC. and ) | Adversary Proceeding |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF LEHMAN BROTHERS ) | No. 10-03266 (JMP) |
| HOLDINGS INC., ) | |
| ) | |
| Plaintiff and ) | |
| Plaintiff Intervenor, ) | |
| ) | |
| -against- ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

## RULE 7007.1 STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and to

enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for JPMorgan Chase Bank, N.A., a private non-governmental party, certifies

that the following publicly held company owns 10% or more of the party's stock:

JPMorgan Chase & Co.

Dated:   New York, New York
          August 25, 2010

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

By:      */s/  Paul Vizcarrondo*
          Paul Vizcarrondo, Jr.

51 West 52nd Street
New York, New York  10019
(212) 403-1000

*Attorneys for JPMorgan Chase Bank, N.A.*