WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Plaintiff and<br>Plaintiff Intervenor,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Adversary Proceeding<br>No. 10-03266 (JMP) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Amy R. Wolf and the exhibits thereto, and all pleadings and proceedings heretofore had before this Court, defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, hereby moves before the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, for an order dismissing the Complaint in the above-captioned adversary proceeding in its entirety for

failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), as incorporated in Bankruptcy Rule 7012, and, where applicable, Federal Rule of Civil Procedure 9(b), as incorporated in Bankruptcy Rule 7009.

Dated: New York, New York
August 25, 2010

*Of counsel:*

Harold S. Novikoff
Amy R. Wolf
Marc Wolinsky
Douglas K. Mayer
Ian Boczko
Emil A. Kleinhaus
Graham W. Meli

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

By:  */s/ Paul Vizcarrondo, Jr.*
   Paul Vizcarrondo, Jr.

51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*