**QUINN EMANUEL**
**URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
*Counsel for the Official Committee of Unsecured*
*Creditors of Lehman Brothers Holdings Inc.*

**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
*Counsel for Debtor Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al*.<br><br>                   Plaintiff and Plaintiff Intervenor<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                   Defendant | Adversary Proceeding<br><br>Case No. 10-03266 (JMP) |

**<u>NOTICE OF MOTION TO DISMISS</u>**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Tyler G. Whitmer and the exhibits thereto, and all pleadings and proceedings heretofore had before this Court, Plaintiffs Lehman Brothers Holdings Inc. and the Official Committee of Unsecured Creditors, by their undersigned counsel, hereby move before the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, for an order dismissing the Amended Counterclaims of JPMorgan Chase Bank, N.A. in the above-captioned adversary proceeding in its entirety for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), as incorporated in Bankruptcy Rule 7012 and, where applicable, Federal Rule of Civil Procedure 9(b), as incorporated in Bankruptcy Rule 7009.

Dated: April 4, 2011
       New York, New York

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ John B. Quinn

John B. Quinn
Erica Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Susheel Kirpalani
Andrew J. Rossman
James Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000
*Counsel for Plaintiff/Intervenor, the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: /s/ Joseph D. Pizzurro

Joseph D. Pizzurro
L.P. Harrison 3rd
Michael J. Moscato
Nancy E. Delaney
Peter J. Behmke
Cindi M. Eilbott
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000
*Counsel for Plaintiff, Debtor Lehman Brothers Holdings Inc.*