UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>        Plaintiff and<br>        Plaintiff Intervenor,<br><br>    -against-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Adversary Proceeding<br>No. 10-03266 (JMP) |

## DECLARATION OF ALEXANDER B. LEES

Alexander B. Lees, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury as follows:

1.     I am an associate of the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase Bank, N.A. ("JPMorgan"), the defendant in this adversary proceeding.

2.     Annexed hereto as Exhibit A is a copy of the Amended Counterclaims of JPMorgan Chase Bank, N.A.

3.     Annexed hereto as Exhibit B is a copy of the First Amended Complaint of Lehman Brothers Holdings Inc. and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.

      4.      Annexed hereto as Exhibit C is a copy of the Clearance Agreement dated as of June 15, 2000 between JPMorgan and Lehman Brothers Inc. ("LBI").

      5.      Annexed hereto as Exhibit D is a copy of the Custodial Undertaking agreement among LBI, JPMorgan and Barclays Capital Inc., dated September 15, 2008.

      6.      Annexed hereto as Exhibit E is a copy of a Lehman Brothers Holdings Inc. press release dated September 10, 2008.

_____
Alexander B. Lees

Dated:    June 3, 2011
           New York, New York